12- 16m-01 (JGM)

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A copy of the Dell Latitude D630 computer, Serial No. 40PNSF1, seized on May 26, 2011, from 300 First Stamford Place, #201, Stamford, Connecticut

) Case No. 3:18 mj 446 (JGM)
)
)
)
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Connecticut___
*(identify the person or describe the property to be searched and give its location)*:
A copy of the Dell Latitude D630 computer, Serial No. 40PNSF1, seized on May 26, 2011, from 300 First Stamford Place, #201, Stamford, Connecticut

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   2/14/12
                                                                                                              *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Joan G. Margolis_____.
                                     *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                              ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   1/31/12, 2:41 p               /s/ Judge Joan G. Margolis
                                                                                                    *Judge's signature*

City and state:   New Haven, CT                                     Joan G. Margolis
                                                                                           *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2S-703H-0002-LC | 01/31/12 1630 / 02/01/12 2326 | Lynn Allen / Dan LaBelle |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

Copy of Dell Latitude D630, SN 4ØPNSF1

FILED 2018 MAR 19 A 8:11 U.S. DISTRICT COURT NEW HAVEN, CT.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/09/12

Lynn Allen
Executing officer's signature

Lynn Allen, Special Agent
Printed name and title